UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANCISCO CARRILLO,<br><br>    Plaintiff,<br><br>  v.<br><br>NAPA POLICE DEPARTMENT, et al.,<br><br>    Defendants. | Case No. 21-cv-02094-YGR (PR)<br><br>**JUDGMENT** |

    For the reasons set forth in this Court's Order of Dismissal Without Prejudice,

IT IS ORDERED AND ADJUDGED

    That Plaintiff take nothing, that the action be dismissed in accordance with the Court's Order, and that each party bear its own costs of action.

Dated: July 30, 2021

_____
JUDGE YVONNE GONZALEZ ROGERS
United States District Judge